Opinion filed December 31, 1934.

Murphy O. Tate, Charles C. Spencer, Charles A. Nowak and Charles C. Bombaugh, for plaintiff in error. Miller, Gorham, Wales & Adams, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

**N. W. Conrardy, appellee, v. George L. Glendon, appellant. Gen. No. 37,512.**

Opinion filed December 31, 1934.

Cochrane & George, for appellant. Robertson, Crowe & Spence and Charles M. Haft, for appellee; Charles M. Haft and James C. Spence, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**City of Evanston, defendant in error, v. John Gatewood, plaintiff in error. Gen. No. 37,525.**

Opinion filed December 31, 1934.

Frank A. McDonnell and S. B. McDonnell, Jr., for plaintiff in error; Elwyn E. Long, of counsel. William Lister, Corporation Counsel, and Erwin F. Stolle, City Attorney, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

**Kenneth Johnson, a minor, by Victor Johnson, his father and next friend, appellee, v. City of Chicago, appellant. Gen. No. 37,553.**

Opinion filed December 31, 1934.

William H. Sexton, Corporation Counsel, and A. M. Smietanka, City Attorney, for appellant; Quin O'Brien, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

**Yolanda Igyarto, a minor, by Cook County Trust Company, appellee, v. Yore Brothers Dairy Company, appellant. Gen. No. 37,567.**

630

Opinion filed December 31, 1934.
Simon T. Sutton, for appellant; Harry A. Goldsmith, of counsel. Joseph D. Ryan and Louis G. Davidson, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Harry L. Weisbrod, appellee, v. Paul V. Shields et al., appellants. Gen. No. 37,337.

Opinion filed December 31, 1934.
Judah, Reichmann, Trumbull, Cox & Stern, for appellants. Donald J. Seeley, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.

In re Estate of John W. Marshall, deceased. Cyrus S. Eaton and Selden E. Kline, trading as Otis and Company, plaintiffs in error, v. Helen M. Shaddock, administratrix of the estate of John W. Marshall, deceased, defendant in error. Gen. No. 37,462.

Opinion filed December 31, 1934.
Butler, Pope, Ballard & Elting, for plaintiffs in error; John F. Manierre and Ferris E. Hurd, of counsel. Wm. H. Haight, for defendant in error.
Mr. Justice Sullivan delivered the opinion of the court.

Thomas F. Croke, appellee, v. Kane Fuel Company, appellant. Gen. No. 37,576.

Opinion filed December 31, 1934. Rehearing denied January 12, 1935.
Henry L. Blim, for appellant. Edward D. Pomeroy and Henry T. Martin, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.

## SECOND DISTRICT.

The People of the State of Illinois, by Edwin V. Champion, State's Attorney, and Henry A. Miller, appellees, v. Herald P. Reichel, appellant. Gen. No. 8,826.